UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>                     Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK (HRA); NYC ACS; NYC MTA; UNITED STATES SD COURT; BRONX LEBANON HOSPITAL; CVR ASSOCIATES, INC.; BRONX SUPREME COURT; YONKERS FAMILY COURT; WHITE PLAINS SUPREME COURT; NYPD,<br><br>                     Defendants. | 19-CV-9564 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 18, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 18, 2019
             New York, New York

                                                                  COLLEEN McMAHON
                                                 Chief United States District Judge